IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHELLY C. STUART**                                                                       **PLAINTIFF**

v.                                                           CAUSE NO. 1:15CV431-LG-RHW

**ESTATE OF ROGER G. STUART, SR., ET AL.**                          **DEFENDANTS**

JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants. Plaintiff's claims against the Defendants are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 21st day of July, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE